JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SOWARD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MOORE ADVANCED, INC. d/b/a "Moore Advanced," an entity, form unknown; NFI, L.P., a Delaware limited partnership; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 5:19-CV-00318-AB (SPx)<br><br>Hon. André Birotte Jr.<br><br>[~~PROPOSED~~] ORDER REMANDING CASE TO STATE COURT<br><br><br>Trial Date:     None Set<br>Action filed:   January 2, 2019 |
| AND RELATED CROSSCLAIM. | |

Having read and considered the parties' stipulation regarding remand to state court, the Court hereby **GRANTS** Plaintiff Rodney Soward's ("Plaintiff") motion to remand (Dkt. 32) and **ORDERS** that this action is **HEREBY REMANDED** to the Superior Court for the State of California for the County of Riverside. Each party is to bear its own fees and costs in connection with Plaintiff's motion to remand.

DATED: October 10, 2019

_____
Honorable André Birotte Jr.
UNITED STATES DISTRICT JUDGE